

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2016

No. 04-16-00326-CV

**IN THE INTEREST OF D.C., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01427
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

     This is an accelerated appeal. Although the reporter's record was due on June 6, 2016, no reporter's record has been filed. *See* TEX. R. APP. P. 35.1(b) (requiring the reporter's record in an accelerated appeal to be filed within 10 days after the notice of appeal is filed). It is therefore ORDERED that the reporter's record must be filed in this appeal no later than ten days from the date of this order. TEX. R. APP. P. 35.3(c).

     If the reporter's record is not received by such date, an order may be issued directing David Zarate to appear and show cause why he should not be held in contempt for failing to file the record. No motions for extension of time will be granted absent extenuating circumstances. *See id.*

_____
Jason Pulliam, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court